UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDERS LAMAR C. ADAMS et al
on behalf of those similarly
situated individuals and/or classes

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

(1) Former President the U.S. of America White House George W. Bush
(2) Michael Bloomberg, NYC Mayor Office, City of New York;
(3) Office of the NYS Governor State of New York
(4) NYC Office of Mental Health, Commissioner of NYC OMH Field Office
(5) South Bronx Mental Health Council SAMUEL TURAY Director 952 ANDERSON AVE 10452

Jury Trial: ☑ Yes  ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

RECEIVED NOV 13 2013 PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  SANDERS LAMAR C. ADAMS
Street Address  952 ANDERSON AVENUE and the
County, City  BRONX
State & Zip Code  10452
Telephone Number  718 841-6669

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  George W. Bush or Successor Barack OBAMA
Street Address  1900 Pennsylvania Avenue

Rev. 05/2010

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDERS LAMAR C. ADAMS
on behalf of himself and similary
situated individuals and or classes

           Plaintiffs,

    – against –

1. Former President of the U.S. of America, George W. Bush, office of whitehouse
2. Michael R Bloomberg, Mayor of the City of New York, office of NYC Mayor.
3. New York State Governer, office of NYS Governor, state of New York
4. N.Y. City Field office, Office of Mental Health (OMH) ~~Director~~ Commissioner.
5. Samuel Turay, Director of South Bronx Mental Health Council (SBMHC) 952 ANDERSON Avenue, In his Individual and/or official capacity.
6. LORAINE HINSON SPERRMAN, Bldg #60 Stepping Stones Transitional Residence Director
7. KATHY IVERSON, Director of Creedmoor Bldg #40 Creedmoor Psychiatric Center.
8. Roger Mathews M.D. Creedmoor Psychiatric Center Bldg #40

over P.2

I was Denied A NYS ID on several occassions between 2007 and 2009 due to lack of points needed to obtain NYS ID card at 125th street Motor Vehicles. I didnt have points due to lack of ID as a result of being incarcerated since 1992 to 2007 and the Law stating NYS residents need proof ~~was~~ of I.D. was new or had changed. I also didnt receive a Prison Discharge Paper certificate on 4-25-2007 when I was at central New York (Marcy Psych center since 12-28-06) which was good for 2 points. I had no OMH assistance because I'm Muslim, and I was convicted in 1992 for a priest attempted murder/robbery/assault case. The city and state resident ~~watch~~ watch and follow me around everywhere because I'm not talking to no one and mind my business, and because I wont have sex with a catholic, puerto Rican, white/Black female citizen rather than OMH patient. This violates my rights to be free from retaliation, sexual Harrassment and disciminination

The staff at South Bronx Mental Health Council 952 Anderson Ave. Bronx NY 10451 promotes prostitution in the Residents. They have sex with patients for money and SSI checks. They also had sex with my ~~gf~~ ex-girlfriend (Verneal AKPAN) who I believe gave me and or other residents HIV in October 2012. Samuel Turay violated my rights by fostering this misconduct as well as his staff who left ~~~~ between January, February 2013 to conceal this Mr. Lang, Terrence, Kim, Gelese, Tesha etc. [staff patients names] (3)

9) J.P. Morgan Chase Bank Park Ave 125 street John Doe Banker(s) and or Customer Service Reps.

10) J.P. Morgan Chase Bank 161st John Doe Bankers and or customer Service Reps

11) Ganiche, Marie Claude, PHE (ESOF) Lincoln Medical Center

12) Lincoln Medical Center, Health Center, Fast Track John Doe Nurse for April 2013

13) Raymond Kelly Commissioner of NYPD.

14) Human Resource Administration Social Security office, Bronx County 820 Grand Concourse

15) One JOHN Doe client listed in 11-1-13 and 11-04-2013 citibank letter - African Square 7th Ave West 125 street,

16) One JOHN client listed in letters (Dated 11-1-2013 and 11-04-2013) to citibank at West 125 st African Sq, 7th Ave

17) Office of Attorney General, New York City Field office in their individual/official capacities

over P 3

19. Long Island Jewish Medical Center, Queens New York

20. BETH ISRAEL MEDICAL CENTER DIRECTOR

In their individual and official capacities.

Defendants.

County, City _Manhattan, New York_
State & Zip Code _New York_
Telephone Number _N/A_

Defendant No. 2   Name _Michael R. Bloomberg_
Street Address _unknown Gracey Mansion_
County, City _Manhattan NY_
State & Zip Code ____
Telephone Number _unknown_

Defendant No. 3   Name _NYS Governor_
Street Address _unknown - Attorney General NYC_
County, City _Albany_
State & Zip Code _New York_
Telephone Number _N/A unknown_

Defendant No. 4   Name _Samuel Turay_
Street Address _952 Anderson Avenue_
County, City _Bronx NY_
State & Zip Code _New York 10452_
Telephone Number _(718) 841-6666_
_841 6667_

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

  ☑ Federal Questions          ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _First Amendment, Fourth, Fifth, Sixth and Fourteenth Amendments_

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

  Plaintiff(s) state(s) of citizenship _N/A_
  Defendant(s) state(s) of citizenship _N/A_

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

*They gave me risperdone in...*
*Depakote 500 mg by month*
*Twice weekly*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New York Citys 4 Boros, Manhattan, Bronx, Brooklyn, Queens

B. What date and approximate time did the events giving rise to your claim(s) occur? Between 2007 and continuing to the present time (Nov. 2013)

C. Facts: The United States Former President or Successor, New York City and New York State conspired with other Private Parties (Attorneys, Legal Aid office of Mental Hygiene Legal Services) and Residential staff, members, patients and NYS/NYC citizens and residents named in the caption # 1-19 to violate my constitutional rights under the 1st, Fourth, 6th, and 14th Amendments on seperate dates interrupted between 2007 and 2013. In furtherance of the conspiracy, I was evicted in Apr. 20, 2010 (1 year) I was on involuntary AOT and Community/City/State Supervision since 2007 to date because of the 911 attacks on Twin Towers while in Prison in 2001 since 1992. The state city and U.S. violated my religion (Muslim) by retaliating - calling me OSAMA BIN LADEN for wearing a Kufi at the 2001 (9-11) Parole Board and because the Towers fell while I was seeing the Board. I WAS DENIED PAROLE FOR THAT REASON IN 2001.

**What happened to you?**

[margin notes:] SAMUEL TURAY stole my identity he took my SS# October 2013

BETH ISRAEL Doctors tried to kill me with Meds overdosed requested in 2013

**Who did what?** Meds

**Was anyone else involved?** Ms V. Spearman, Kathy Everson

**Who else saw what happened?** Southport Inmates, Elmira Inmates, in SHU, residents in Creedmoor Bldg #60, 952 Anderson Residents citizens on Anderson who also have HIV and sex with them for money

IV. Injuries: I was evicted without due Process on March 1, 2013 by Samuel Turay and NYC OMH Supervisor Hearing, and in April 2010 by Loraine Hinson-Spearman

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I believe I contacted the HIV virus based on weight loss. However the results of tests (9-12-12 and 12-12-12) came out Negative which I believe are false documents (fraudulent) to conceal that patients in Bronx Mica was having sex with Creedmoor, Beth Israel and Bronx Mica staff. They refused to give me an HIV test-result not false. Mental Anguish, Duress, Pain in Stomach Cramps Dissiness, Cold Sweats. Chase Bank closed or flocked my account info Because I didn't give them Females money. I cant get a Job nowhere for not sexing Females or snitching for them. 125th St Lexington Ave Homeless Residents

Compensatory, Treble
Total $ Punitive
Damages $20,000,000

V. **Relief:** Request to Amend and Supplement defendants and Facts
~~Prior to order of dismissal~~
State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. A Tempory Restraining Order Preliminary/Permant Injunction, and Declatory Judgment Prohibiting the defendants from using excessive force (Medical ~~inpatient~~ injections as Punishment and for retaliation). Request that Money be ~~~~ deposited in Bank by Chase Bankers/Customer Service, Social Security checks not be delayed, withheld for extended Periods, FBI, U.S. Marshal Ivestigation and arrest of defendants for Bank Fraud (Concealment Stealing Bank funds from client, Misuse and theft of identity, SS Number). Order directing OMH to find or place plaintiff in immediate Public Housing or apartment, and Prohibiting them from hospitalizing him for retaliatory Medical purposes

I declare under penalty of perjury that the foregoing is true and correct. Request they be monitored by FBI and/or NYPD.

Signed this 13th day of November, 2013.

Signature of Plaintiff: _Donkless Lamar C Adams_
Mailing Address: 188 St. Nicholas Ave Apt 4L NY NY 10030
Telephone Number: N/A
Fax Number (if you have one): N/A

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 13th day of November, 2013, I am delivering this complaint to ~~prison authorities~~ Court Personell to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Donkless Lamar C Adams_
Inmate Number: NA

Rev. 05/2010